**Peyton Lee**, OSB No. 164224
Assistant Federal Public Defender
Email: peyton_lee@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
**Alison M. Clark**, OSB No. 080579
Attorney At Law
Email: tex@defenderclark.com
333 SW Taylor St. #300
Portland, OR  97204
Tel: (503) 888-8076
Attorneys for Mr. Vigil

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 3:22-cr-00307-MO |
| Plaintiff, | |
| | WAIVER OF JURY TRIAL |
| v. | |
| JAVIER FRANCISCO VIGIL, | |
| Defendant. | |

The defendant, Javier Francisco Vigil, through his attorneys, Peyton Lee and Alison Clark, waives his right to a jury trial pursuant to Fed. R. Crim. P. 23(a) and the Sixth Amendment. Mr. Vigil was advised of his Constitutional right to a trial by jury, and after receiving advice of counsel, waives this right and consents to a trial by Judge. The government consents to this waiver.

Dated: February 26, 2026.

X_____
Javier Vigil, Defendant

/s/ Peyton Lee
Peyton Lee, OSB No. 164224

Page 1  Waiver of Jury Trial

/s/ Alison Clark
Alison Clark, OSB No. 080579

/s/
AUSA Cassady Adams

---------------------------------------------------------------------------------------------------------------

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Jury Trial pursuant to Fed. R. Crim. P. 23(a)

is accepted and jury trial in this case is hereby waived.

Dated this _____ day of _____, 2026.

_____
The Honorable Michael Mosman
United States District Court Judge

Page 2 Waiver of Jury Trial