SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**CASSADY A. ADAMS, COB #48807**
Cassady.Adams@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:22-cr-00307-MO |
| v. | **TRIAL STIPULATIONS** |
| **JAVIER FRANCISCO VIGIL,** | |
|     **Defendant.** | |

The parties stipulate to the following facts for the trial in this case:

(1) The offenses alleged in Counts Four, Five, and Six of the Superseding Indictment occurred within the boundaries of the Confederated Tribes of the Umatilla Indian Reservation, which is Indian Country, as defined by federal law, 18 U.S.C. § 1151.

(2) Adult Victim 3 is an Indian person, under federal law.

(3) The robbery of the Wildhorse Casino in this case affected interstate commerce, as alleged in Count One of the Superseding Indictment.

(4) At the time of the offenses in the superseding indictment, the firearm possessed by Vigil in this case (an Arms Corporation of the Philippines semi-automatic

**Stipulations**                                                                                          **Page 1**

pistol, model GI Standard FS, .45 ACP caliber, with serial number RIA2190663) had been shipped or transported from one state to another.

| | |
|---|---|
| Dated: February 27, 2026. | Respectfully submitted, |
| | SCOTT E. BRADFORD<br>United States Attorney |
| | */s/ Cassady A. Adams*<br>CASSADY A. ADAMS, COB #48807<br>Assistant United States Attorney |
| | */s/ Peyton Lee*<br>Peyton Lee, OSB No. 164224<br>Attorney for Javier Vigil |
| | */s/ Alison Clark*<br>Alison Clark, OSB No. 080579<br>Attorney for Javier Vigil |