Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
Email: peyton_lee@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Alison M. Clark, OSB No. 080579
Attorney At Law
Email: tex@defenderclark.com
333 SW Taylor St. #300
Portland, OR 97204
Tel: (503) 888-8076

Attorneys for Mr. Vigil

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00307-MO |
| Plaintiff, | |
| | DEFENSE ANTICIPATED WITNESSES |
| v. | |
| JAVIER FRANCISCO VIGIL, | |
| Defendant. | |

Defendant, Javier Francisco Vigil, through counsel, Peyton Lee and Alison Clark, hereby gives notice that he intends to call the following expert witnesses at trial in this matter. Further descriptions of the anticipated expert testimony is provided below.

- Alexander M. Millkey, Psy.D

- Alexander Duncan, Psy.D, PC

- Katlyn M. Hanson Psy.D

Page 1 Defense Anticipated Witnesses

- Rebecca Johnson, Psy.D

- Dr. Jeffrey David Lewine, Ph.D

- Benjamin Nelson

- Dr. Stephanie Maya Lopez, MD, FAPA

Additionally, the defense may call the following witnesses in this case:

- Detective Howard Bowen – Pendleton Police Department

- Tristan Holcomb – Umatilla County Jail Deputy

- Josh Pallus – Mr. Vigil's former probation officer

- Flora Christenson – former employee of the Wildhorse Casino

- Sara Helling – employee of the Wildhorse Casino

- Elizabeth Melendrez – Mr. Vigil's mother

- Christian Vigil – Mr. Vigil's son

- Manuel Melendrez – Mr. Vigil's brother

- Lacey LaFran – Mr. Vigil's former partner

- Floyd John – Mr. Vigil's friend

- Josh Nichols – Paralegal at the Federal Public Defender's Office

- Michelle Campbell – Investigator at the Federal Public Defender's Office

The following is the anticipated testimony of the above disclosed expert witnesses:

**Dr. Alex Millkey, Psy.D.,** is a Licensed Clinical Psychologist with nearly 20 years of experience in the field of Clinical Psychology, with a primary focus on forensic evaluations. He was a Forensic Psychologist for the Oregon State Hospital for approximately 15 years and a Psychological Assessor for the Oregon Department of Corrections for a year. He will testify to

his psychological evaluations and assessment of Mr. Vigil over the course of the last three and a half years. He will confirm that in his opinion Mr. Vigil meets the DSM-5-TR diagnostic criteria for Schizoaffective Disorder, Bipolar Type (as well as Opioid Use Disorder). He will opine that Mr. Vigil's state of mind at the time of the alleged criminal conduct in this case reflected someone who was experiencing active psychotic symptoms as well as manic symptoms. Additionally, he will opine that Mr. Vigil does not meet the criteria for substance-induced psychotic disorder and that his symptoms at the time of the offense can best be explained by his mental health diagnosis, not his drug use. In addition, he will opine that the nature of Mr. Vigil's symptoms at the time of the offense included psychotic symptoms related to auditory hallucinations and delusional beliefs, that Mr. Vigil delusionally believed he was God, and throughout the charged criminal conduct that he continued to experience intense psychotic and manic symptoms that made him fail to appreciate the wrongfulness of his actions. He will also opine that based on his testing of Mr. Vigil, his symptoms have not been exaggerated and there are no indications of malingering.

Dr. Millkey will also be available as a possible surrebuttal witness to address the anticipated testimony of the Government's expert, Dr. Arambula, and to address claims by Dr. Arambula that schizoaffective disorder is mild, and/or that Mr. Vigil's conduct is better explained by his drug use than his mental health diagnosis.

**Dr. Alex Duncan, Psy.D.,** is an Oregon Forensic Evaluator, certified by the Oregon Health Authority and Board Certified by the American Board of Professional Psychology as a Forensic Psychologist. He has practiced for more than 20 years in Forensic Psychology, and specializes in criminal and civil forensic evaluations, including criminal responsibility assessments. He deals with diagnosing mental health and substance abuse related issues,

including psychological and neuropsychological issues, and has worked in State Hospital and Department of Correction settings.

Dr. Duncan will opine that based on his review of the records and evaluation of Mr. Vigil, he meets the diagnostic criteria under DSM-V-TR of Bipolar I Disorder with Recent Episode Manic Severe with Psychotic Features (as well as Opioid, Alcohol and Methamphetamine use disorder and unspecified personality disorder). Further he will opine that Mr. Vigil was acutely manic and psychotic at the time of the alleged offenses due to his Bipolar I Disorder. He will opine that Mr. Vigil was in a severe manic and psychotic episode in the summer of 2022, having gone off of his mental health medications. He will opine that Mr. Vigil's delusional belief that he was Jesus Christ reincarnated and his active symptoms of mania and psychosis led him to not appreciate the criminality of his actions and that his conduct and symptoms at the time of the offense were primarily related to his bipolar disorder, rather than substance use. Additionally, he will opine that Mr. Vigil did not exhibit exaggerated or malingering responses in his psychological testing.

Dr. Duncan was not asked to address the nature of Mr. Vigil's mental illness as it relates to the period of time he allegedly possessed a firearm prior to the date of the charged robbery, as covered by the superseding indictment, and will not be asked to opine on that issue.

**Dr. Katlyn M. Hanson, Psy.D**, is a Doctor of Clinical Psychology who has been at the United States Medical Center for Federal Prisoners since August 2022. She will be asked to opine on Mr. Vigil's presentation during competency restoration proceedings at FMC Springfield. In particular, that Mr. Vigil meets the DSM-V-TR diagnostic criteria for Schizoaffective Disorder, Bipolar Type. That in a controlled setting in the Bureau of Prisons and while fully compliant on his 80mg daily of Geodon medication, he was initially too symptomatic

Page 4 Defense Anticipated Witnesses

with delusional beliefs to proceed to trial. Additionally, she will opine that when Mr. Vigil's Geodon dose was increased from 40mg twice a day to 60mg twice a day, his perseveration on his delusional beliefs declined and he demonstrated greater flexibility in his thinking. However, even when on an increased dose, she will opine that Mr. Vigil continued to demonstrate a strongly held delusional belief that he is God, but expressed the belief with less urgency and was more redirectable.

**Dr. Rebecca Johnson, Psy.D.**, is a Doctor of Clinical Psychology, licensed by the Arizona Board of Psychologist Examiners and the Colorado State Board of Psychologist Examiners. She was practicing as a Forensic Unit Psychologist at the Federal Detention Center in Englewood when she evaluated Mr. Vigil.

She will opine that Mr. Vigil meets the criteria under DSM-V-TR for Schizoaffective Disorder, Bipolar type. She will opine that Mr. Vigil's responses on the MMPI-3 were consistent with his persistent and strong delusional beliefs, and that he demonstrated such acute psychological symptoms of delusional beliefs despite being fully compliant with his Geodon medication of 80mg at the time that he was unable to assist in his defense due to his belief that he was God, and that those beliefs were impacting his decision making as it related to the legal process. In particular, he wanted to use the court proceedings as a way to tell the world that he was God, and his persistent belief impaired his ability to accurately interpret information or make decisions in his own best interest. He also did not appear to believe in the authority of the Court or rules of decorum based on his belief that he was God.

**Dr. Jeffrey David Lewine, Ph.D.**, is a neuroscientist with over 30 years of experience in the neuroscientific evaluation of traumatic brain injury, psychiatric dysfunction, and neurological disease. He holds adjunct faculty appointments in the Departments of Neurology and Psychology

at the University of New Mexico and is currently the Principal Investigator on a $1.9 million contract with the United States Department of Defense Special Operations Command (SOCOM) focused on clinical research into mild traumatic brain injury. Dr. Lewine will testify that his analysis of Mr. Vigil's May 2024 MRI data revealed objective, measurable evidence of brain defects. Specifically, the MRI identified more than 20 white matter hyperintensities located predominantly at juxtacortical sites, a pattern that peer-reviewed scientific literature associates with traumatic axonal damage. Additionally, Dr. Lewine will opine that the volumetric data about Mr. Vigil's brain is most consistent with a combination of traumatic brain injury and psychiatric disturbance, and not explained by substance use alone.

Dr. Lewine will further testify about quantitative electroencephalographic (qEEG) data he collected from Mr. Vigil, revealing several significant abnormalities in Mr. Vigil's brain function. Using LORETA modeling, Dr. Lewine identified abnormally elevated theta activity originating from the left temporal and right parietal lobes — a pattern scientifically associated with mild traumatic brain injury — along with abnormally increased high-beta activity in multiple regions, which the scientific literature associates with cortical hyper-excitability and psychiatric conditions including PTSD, bipolar disorder, and schizophrenia spectrum disorders. Mr. Vigil's full EEG profile indicated with greater than 99% confidence that his pattern of brain activity is more likely to come from a member of the traumatic brain injury population than a neurotypical control.

**Benjamin Nelson** is a Master Explosive Ordnance Disposal (EOD) Technician with over 20 years of operational and technical experience handling conventional military ordnance, improvised explosive devices, and energetic materials across combat theaters and domestic operations. He holds certifications as a Certified Army EOD Master and Team Leader, trained at

the Naval School Explosive Ordnance Disposal, Redstone Arsenal, and numerous national laboratories. He has been qualified and has testified as an expert witness in state and federal courts on explosives-related matters, including in the District of Oregon.

Mr. Nelson is expected to testify that Mr. Vigil's documented service as an Army National Guard mortarman (MOS 11C) operating 120mm mortar systems including participation in competitive inter-unit training programs requiring sustained live-fire repetition created repeated and significant blast overpressure exposure at or above the threshold levels identified in Department of Defense literature as capable of causing traumatic brain injury. Specifically, Mr. Nelson will explain the mechanics of mortar propellant deflagration, the overpressure forces generated at the crew's position during firing, the compounding effect of operating from vehicle platforms, and the safety significance of cumulative exposure. He will opine that the conditions of Mr. Vigil's service were consistent with the type of repeated blast exposure known to cause lasting neurological injury.

**Dr. Stephanie Maya Lopez, MD, FAPA,** is a physician Board-Certified by the American Board of Psychiatry and Neurology in both General Psychiatry and Forensic Psychiatry, and an Associate Professor of Psychiatry at Oregon Health & Science University. Dr. Lopez will testify regarding the medical nature of schizoaffective disorder, bipolar subtype, a severe and persistent mental illness recognized by the Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision (DSM-5-TR). Dr. Lopez will confirm that Mr. Vigil meets all DSM-5-TR diagnostic criteria for schizoaffective disorder, bipolar subtype, having exhibited documented manic and psychotic symptoms including auditory hallucinations, grandiose delusions, and clang associations while incarcerated and apparently drug-free.

Dr. Lopez will explain that schizoaffective disorder has a known genetic component with documented abnormalities in brain structure and function, and that its hallmark symptoms include delusions, auditory and visual hallucinations, manic episodes, grandiosity, pressured speech, flight of ideas, and profound disruption of sleep. She will further explain that these symptoms cause the afflicted person to experience delusions and hallucinations as genuinely real. Dr. Lopez will further address how psychiatry distinguishes a chronic psychiatric illness from a drug-induced psychosis. The duration and pattern Mr. Vigil's illness exceeds what is clinically associated with substance-induced psychosis.

Dr. Lopez will be available for possible surrebuttal testimony to address the anticipated testimony of the Government's expert, Dr. Arambula, and to address claims by Dr. Arambula that schizoaffective disorder is mild, and/or that Mr. Vigil's conduct is better explained by his drug use than his mental health diagnosis.

Dated: March 3, 2026.

*s/ Peyton Lee*
Peyton Lee, OSB #164224

*s/ Alison M. Clark*
Alison M. Clark, OSB #080579
